# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**WESTGATE RESORTS, LTD. et al,**

      **Plaintiffs,**

v.                                                               Case No:  6:17-cv-1467-Orl-37DCI

**MITCHELL REED SUSSMAN and**
**MITCHELL REED SUSSMAN &**
**ASSOCIATES,**

      **Defendants.**

## ORDER

This cause comes before the Court for consideration following oral argument on the following motion:

| | |
|---|---|
| **MOTION:** | **DEFENDANTS OMNIBUS MOTION TO COMPEL RESPONSES TO FIRST REQUEST FOR PRODUCTION OF DOCUMENTS (Doc. 69)** |
| **FILED:** | **August 29, 2018** |

      **THEREON** it is **ORDERED** that the motion is **GRANTED in part**.

On August 29, 2018, Defendants filed a motion to compel responses to their first request for production of documents (the Motion). Doc. 69. On September 12, 2018, Plaintiffs filed their response to the Motion. Doc. 74. On September 26, 2018, the Court held a hearing on the Motion and heard arguments of counsel. *See* Doc. 73.

For the reasons stated on the record, the Court finds that the Motion is due to be granted to the extent it seeks an order compelling Plaintiffs to respond to Defendants' first request for production of documents. But the Court also finds, pursuant to Federal Rule of Civil Procedure

37(a)(5)(A), that Plaintiffs' failure to respond prior to the filing of the motion was substantially justified, and, thus, that the Motion is due to be denied to the extent it seeks sanctions.

Accordingly, it is **ORDERED** that the Motion (Doc. 69) is **GRANTED in part**.  On or before **October 5, 2018**, Plaintiffs shall respond to Defendants first request for production of documents.  The Motion (Doc. 69) is otherwise **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida on September 26, 2018.

DANIEL C. IRICK
UNITES STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties