UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

WESTGATE RESORTS, LTD., et al.,

    Plaintiffs,

v.                                         Case No. 6:17-CV-1467-ORL-37-DCI

MITCHELL REED SUSSMAN, et al.,

    Defendants.

_____/

**JOINT STIPULATION FOR ENTRY OF AN ORDER PARTIALLY GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AS TO COUNT II ONLY**

    Plaintiffs Westgate Resorts, Ltd. et al. and Defendants Mitchell Reed Sussman and Mitchell Reed Sussman & Associates, hereby stipulate to entry of an Order partially granting Defendants' Motion for Summary Judgment (DE 184) as to only Count II of the Amended Complaint (DE 7)—Plaintiffs' claim for tortious interference with advantageous business relationships—with each party to bear its own attorneys' fees and costs.

Dated: February 21, 2019

Respectfully submitted,

| **GREENSPOON MARDER, LLP** | **WICKER SMITH O'HARA MCCOY & FORD, P.A.** |
|---|---|
| By: /s/ B. Eliot New<br>    Richard W. Epstein (FL Bar #229091)<br>    Jeffrey A. Backman (FL Bar #662501)<br>    B. Eliot New (FL Bar #1008211<br>    200 E. Broward Blvd., Suite 1800<br>    Fort Lauderdale, FL 33301<br>    Telephone: (954) 491-1120<br>    Richard.Epstein@gmlaw.com<br>    Jeffrey.Backman@gmlaw.com<br>    Eliot.New@gmlaw.com | By: /s/ Clay H. Coward<br>    Richards Ford (0288391)<br>    RFord@wickersmith.com<br>    Clay H. Coward (379522)<br>    CCoward@wickersmith.com<br>    Brian C. Guppenberger (105189)<br>    BGuppenberger@wickersmith.com<br>    Krista N. Cammack (104718)<br>    KCammack@wickersmith.com<br>    390 N. Orange Avenue. Suite 1000<br>    Orlando, FL 32801<br>    Telephone: (407) 843-3939 |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have filed the foregoing with the Clerk of Court via CM/ECF and served it on all parties via CM/ECF on February 21, 2019.

                                              */s/ B. Eliot New*
                                              B. ELIOT NEW