UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

WESTGATE RESORTS, LTD., et al.,

        Plaintiffs,

v.                                              Case No: 6:17-cv-1467-Orl-37DCI

MITCHELL REED SUSSMAN &
ASSOCIATES, et al.,

        Defendants.
_____

## ORDER OF DISMISSAL

This cause is before the Court upon the Clerk's Minute Entry from the Settlement Conference (Doc. 300) indicating that this case has settled. Accordingly, it is **ORDERED AND ADJUDGED**:

1. That the above-styled cause is hereby **DISMISSED WITH PREJUDICE,** subject to the right of any party to move the Court within sixty (60) days thereafter for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.

2. All pending motions are denied as moot and all deadlines and hearings are terminated.

3. The Clerk is **DIRECTED** to close this file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on December 2, 2019.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record